UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL DEVELOPMENT GROUP INC. | : | |
| VS. | : | C.A. No. 12-946 |
| HARLEYSVILLE PREFERRED INSURANCE COMPANY | : : | |

## DISMISSAL STIPULATION

The Plaintiff's Complaint is hereby dismissed with prejudice, no interest, no costs.

| | |
|---|---|
| Plaintiff, By and through its attorney | Defendant, By and through its attorney |
| /s/ Thomas A. Tarro, III Thomas A. Tarro, III Tarro & Marotti Law Firm, LLC 300 Centerville Road Summit East, Suite 330 Warwick, RI 02886 | /s/ Robert D. Laurie Robert D. Laurie Seiger Gfeller Laurie LLP 65 Memorial Road Suite 340 West Hartford, CT 06107 |

Dated: January 14, 2015